RECEIVED
IN MONROE, LA

JAN 2 3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**YAYA DR AMMEH**                               \*     **CIVIL ACTION NO. 06-0899**

**Versus**                                      \*     **JUDGE JAMES**

**ALBERTO GONZALES, ET AL**                     \*     **MAGISTRATE JUDGE HAYES**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (Doc. #1) is hereby **DISMISSED** without prejudice. Petitioner is advised to file a new habeas petition, with a request for expedited consideration, should the delays in his removal continue for a prolonged period following dismissal of this action.

THUS DONE AND SIGNED this 22 day of January, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION